PD-0730-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/29/2015 10:00:12 AM
Accepted 10/29/2015 12:20:49 PM
ABEL ACOSTA
CLERK



# Switzer | Oney
## ATTORNEYS AT LAW
### A PROFESSIONAL LIMITED LIABILITY COMPANY

Lynn Switzer
lynn.switzer@thesolawfirm.com
Member State Bar College

Jeromie Oney
jeromie.oney@thesolawfirm.com

FILED IN
COURT OF CRIMINAL APPEALS

October 29, 2015

October 29, 2015

ABEL ACOSTA, CLERK

Abel Acosta
Clerk, Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Dallas Carl Tate – No. PD-0730-15

Dear Mr. Acosta,

I will continue to represent Mr. Tate before the Court of Criminal Appeals.

Please let me know if you have any questions.

Sincerely,

Lynn Switzer

Cc: State Prosecuting Attorney's Office via Fax at (512) 463-5724.

406 North Grand Avenue, Suite 108 • P. O. Box 2040 • Gainesville, Texas 76241
www.thesolawfirm.com • Phone: 940.665.6300 • Fax: 940.665.6301